IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KENNETH SMITH, | ) | |
| | ) | |
| Plaintiff | ) | Case No. 1:21-cv-0067 (Erie) |
| | ) | |
| vs. | ) | |
| | ) | HON. RICHARD A. LANZILLO |
| SUPERINTENDENT MICHAEL CLARK, DEPUTY PAUL ENNIS, DEPUTY BRIAN FLENCHBAUDH, MAJOR CHRISTOPHER M. MEURE, MAJOR B. PALKO, MAJOR PATRICA THOMPSON, SECURITY CAPT. HOWARD J. SISSEM and SECUIRTY LT. SKINNER, | ) ) ) ) ) ) ) ) ) | UNITED STATES MAGISTRATE JUDGE<br><br>ORDER ON<br>DEFENDANTS' MOTION TO<br>DISMISS FOR FAILURE TO PROSECUTE<br><br>ECF NO. 19 |
| Defendants | ) ) | |

AND NOW, this 22nd day of October, 2021, for the reasons discussed in the accompanying Memorandum Opinion filed this day, it is hereby ORDERED that Defendants' Motion to Dismiss (ECF No. 19) is hereby **GRANTED** and Plaintiff's Complaint (ECF No. 6) is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute and for failure to comply with court orders.

_____
HON. RICHARD A. LANZILLO
United States Magistrate Judge